```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF MISSOURI
                        EASTERN DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:06-CR-639 (CEJ) |
| ) | |
| RAYMOND L. CLIFTON, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Pursuant to 28 U.S.C. § 636(b), the Court referred all pretrial matters in this case to United States Magistrate Judge Terry I. Adelman for determination and recommended disposition, where appropriate. On April 9, 2007, Judge Adelman issued a Memorandum and Recommendation with respect to the motion filed by defendant Raymond L. Clifton to suppress out-of-court identification evidence.

Section 636(b)(1) requires a district judge to make a *de novo* determination of the "those portions of the report or specified proposed findings and recommendations [of a magistrate judge] to which objection is made." In the instant case, the defendant has filed only general, non-specific objections to the Report and Recommendation. He does not point to any specific error in the magistrate judge's factual findings or in his application of the law to the facts. Thus, his objections are insufficient to trigger *de novo* review by the Court.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge Terry I. Adelman entered on April 9, 2007, is sustained, adopted, and incorporated herein.

**IT IS FURTHER ORDERED** that the motion of defendant Raymond L. Clifton to suppress out-of-court identification of the defendant [Doc. # 22] is **denied**.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 12th day of June, 2007.